Complaint on account. Before Judge Westmoreland. City court of Atlanta. June term, 1892.

J. A. Anderson, for plaintiff.

J. H. Gilbert, for defendant.

---

## Dobbs *v.* Fort.

This being the first grant of a new trial, and no reason appearing to take it out of the general rule applicable in such cases, the

June 19, 1893.     *Judgment is affirmed.*

Ejectment. Before Judge Wellborn. Habersham superior court. September term, 1892.

West & Edwards and McCurry & Proffitt, for plaintiff. No appearance for defendant.

---

## Doherty *v.* Lewis, trustee, *et al.*

There was no abuse of discretion in granting a first new trial in this case.     *Judgment affirmed.*

July 17, 1893.

Petition for direction, etc. Before Judge McWhorter. Greene superior court. August term, 1892.

J. B. Park, Jr., for plaintiff in error.

J. C. Hart and H. T. Lewis, *contra.*

---

## Hogg *v.* Savannah, Americus & Montgomery Rwy. Co.

There was no abuse of discretion in granting a first new trial in this case.     *Judgment affirmed.*

July 17, 1893.

Action for damages. Before Judge Fish. Stewart superior court. April term, 1892.

Hinton & Cutts, for plaintiff.

E. A. Hawkins, for defendant.

---